**No. 09-8280. James Brown, Petitioner v. Perry Phelps, Warden, et al.**

559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1297, ■

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8282. James Acker, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1354.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8286. Franklin Leon Blige, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1540, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1468.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8287. Gilman Argueta-Fernandez, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1540, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1127.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8288. Philip L. Dale, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1540, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1190.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8289. Roberto De Leon-Martinez, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1540, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1411.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 582 F.3d 124.

**No. 09-8290. Frankie Cornell Ellis, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1540, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1271.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 891.

**No. 09-8292. Corey T. Credell, Petitioner v. South Carolina.**

559 U.S. 952, 130 S. Ct. 1540, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1494.

February 22, 2010. Petition for writ of certiorari to the Court of Common Pleas of South Carolina, Orangeburg County, denied.

**No. 09-8295. Coyt Bryant, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1541, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1264.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 329 Fed. Appx. 435.

**No. 09-8298. Emmanuel Pope, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1541, 176 L. Ed. 2d 135, 2010 U.S. LEXIS 1391.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.